## FOBS v. BREWSTER ET AL.

A note assigned is not liable to the creditors of the assignor.

SCIRE FACIAS against them as debtors to one Tracy, an ab-
sconding debtor.

Plea in bar — That they owed said Tracy by note only, and
that said note long before any copy of the original suit was
left with them was for a valuable consideration assigned to
            Grosvenor.   Demurrer.

Judgment—Plea sufficient.   See St. John v. Simeon Smith
and Redfield v. Hilhouse.